# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147151

C. D. BARNES ASSOCIATES, INC.,
          Plaintiff-Appellee,

v

                                              SC:  147151
                                              COA:  300263
                                              Ottawa CC:  09-001226-CH

STAR HEAVEN, L.L.C., d/b/a GRAND HAVEN
CLUB, L.L.C., DAVID FINDLING, ROBERT F.
RICHARDSON, SCOTT BURNS KAHLER,
JEANNE E. BROAD TRUST U/A/D JUNE 21,
2001, JULIA STARIHA, ROBERT A. STARIHA,
KRISTEN JORGENSEN, DONALD M. FIX,
BARBARA FIX, KATHLEEN LAYHER-
FRIDAY, PATRICIA E. MARCOTTE, LEO
FAMILY DEN, L.L.C., MUSKEGON TILE &
CARPET, INC., ROGER JESKE POOL SERVICE
& SUPPLY, CHOICEONE BANK, JP MORGAN
CHASE BANK NA, and GUARANTEED RATE,
INC.,
          Defendants,

and

FLAGSTAR BANK, FSB,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



s1021

                                Clerk